**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6573**

———————

WILFREDO GONZALEZ LORA,

                              Petitioner - Appellant,

          versus


UNITED STATES DEPARTMENT OF JUSTICE,
IMMIGRATION AND NATURALIZATION SERVICE
(INS),

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-02-1507-AM)

———————

Submitted:  October 14, 2004          Decided:  October 19, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilfredo Gonzalez Lora, Appellant Pro Se.  William Joseph Howard,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals from the district court's orders denying his petition for writ of mandamus and denying his motion to amend. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lora v. United States Dep't of Justice</u>, No. CA-02-1507-AM (E.D. Va. filed July 16, 2003 & entered July 17, 2003; Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>